**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH M. ROSICH,

                      Plaintiff,

      -against-                                      24 **CIVIL** 9183 (JLR)

                                                        **<u>JUDGMENT</u>**

LA SALLE ACADEMY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 20, 2025, La Salle's motion to dismiss the Complaint with prejudice is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     August 20, 2025

                                                              **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                              **BY:**        *K. Mango*

                                                                   **Deputy Clerk**